THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
 Monique M. and Ricky N.,
 In RE: L.N. [DOB 07/04/91]; C.M.  [DOB 10/04/92]; R.N., Jr.,  [DOB  10/17/95];
 A.N. [DOB  02/09/97], Defendants,
 of whom Monique M. and Ricky N. are Appellants.
 
 
 

Appeal From Marion County
 Mary E. Buchan, Family Court Judge

Unpublished Opinion No. 2006-UP-411
Submitted December 1, 2006  Filed December 15, 2006
   

AFFIRMED

 
 
 
Ricky Nichols, of Marion. and Robert H. Corley, of Mullins, for Appellants.
Timothy H. Pogue, of Marion, for Respondent.
Patricia Speth, of Marion, for Guardian Ad Litem.
 
 
 

PER CURIAM: This appeal arises from the termination of parental rights (TPR) of Monique M. (Mother) and Ricky N. (Father) to their minor children.  The court found the parties parental rights should be terminated because: 1) neither parent has remedied the conditions which caused the removal; 2) the parents left the state and have willfully failed to visit for a period of six months; and 3) the children have been in DSS custody for 15 of 22 months.  Additionally, the court found termination was in the best interest of the children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2005).  Upon reviewing the record and the family courts determination in its entirety pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warranting briefing.  Accordingly, the family courts decision is affirmed.[1]
AFFIRMED.
 ANDERSON, HUFF and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.